IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ANTONIO MORALES,

          Plaintiff,

     v.

CAMDEN COUNTY JAIL,

          Defendant.

Civil Action
No. 16-6372 (JBS-AMD)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

     Plaintiff Antonio Morales seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

     Plaintiff did not complete the application, leaving several sections blank. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

     An appropriate order follows.


**October 28, 2016**
Date

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge